UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| STRIKE 3 HOLDINGS, LLC,<br><br>                    Plaintiff,<br><br>v.<br><br>JOHN DOE subscriber assigned IP address 71.234.3.151,<br><br>                    Defendant. | Civil Action No. 3:22-cv-00162-MPS |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE, that on April 6, 2022, pursuant to the Court's March 31, 2022 Order, Plaintiff served Defendant's ISP, Comcast Cable Communications, LLC, with a subpoena, a copy of the Court's Order Granting Motion for Leave to Serve Third Party Subpoena Prior to a Rule 26(f) Conference [ECF 11] and a copy of the Complaint [ECF 1] via email. A copy of the email confirmation is attached hereto as Exhibit A.

Dated: April 7, 2022                                     Respectfully submitted,

                                                                By: */s/ Jacqueline M. James*
                                                                 Jacqueline M. James, Esq. (CT29991)
                                                                 The James Law Firm, PLLC
                                                                 445 Hamilton Avenue
                                                                 Suite 1102
                                                                 White Plains, New York 10601
                                                                T: 914-358-6423
                                                                F: 914-358-6424
                                                                E-mail: jjameslaw@optonline.net
                                                                *Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on April 7, 2022, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system

By: <u>*/s/ Jacqueline M. James*</u><br>
Jacqueline M. James, Esq.

| | |
|---|---|
| **From:** | Jaqueline James |
| **To:** | |
| **Subject:** | FW: S3 CTD-1159-HART subpoena for Comcast for April 6 |
| **Date:** | Wednesday, April 6, 2022 2:48:25 PM |

**From:** Wilson, Rachel <Rachel_Wilson@comcast.com>
**Sent:** Wednesday, April 6, 2022 2:21 PM
**To:** Jaqueline James <jjames@jmjameslaw.com>; LRC - IP Copyright <ipcopy_rightsuits@comcast.com>
**Subject:** RE: S3 CTD-1159-HART subpoena for Comcast for April 6

Good afternoon,

We are now receipt of this information.

Thank you!

*Rachel L. Wilson*

Specialist 1, Business & Legal Affairs
Comcast Legal Response Center
1800 Bishops Gate Blvd.
Mt. Laurel, NJ 08054
C: 856.493.4027
F: 866.947.5587

 

This e-mail transmission may contain information that is proprietary, privileged and/or confidential and is intended exclusively for the person(s) to whom it is addressed. Any use, copying, retention or disclosure by any person other than the intended recipient or the intended recipient's designees is strictly prohibited. If you are not the intended recipient or their designee, please notify the sender immediately by return e-mail and delete all copies.

Confidential (C)

**From:** Jaqueline James <jjames@jmjameslaw.com>
**Sent:** Wednesday, April 6, 2022 1:40 PM
**To:** LRC - IP Copyright <ipcopy_rightsuits@comcast.com>
**Subject:** [EXTERNAL] FW: S3 CTD-1159-HART subpoena for Comcast for April 6

Dear Comcast:

Attached is one CTD subpoena for Comcast dated for today.

Our internal number: CTD-1159-HART

This requires us to file proof of service with the judge. So please confirm by email you received this subpoena.

Thank you.

Regards,
Jacqueline M. James *

The James Law Firm PLLC.
445 Hamilton Ave. Suite 1102
White Plains, New York 10601
T: (914) 358 6423
F: (914) 358 6424
C: (914) 309 8310
jjames@jacquelinejameslaw.com
jacquelinejameslaw.com

2 Greenwich Office Park Suite 300 Greenwich, CT. 06831

130 I Street N.W. Suite 40 E. Washington, D.C. 20005
(202) 280-2504

*State Courts: NY, CT, MA, D.C. and Federal District Courts: NYSD, NYED, NYWD, NYND, CT, MA, CO, D.C.; Second Circuit of Appelas and The Supreme Court.

1. The information contained in this communication may be confidential and/or may be legally privileged. It is intended solely for the use of an individual or entity and others authorised to receive it. If you are not the intended recipient you are hereby: (a) notified that any disclosure, copying, distribution or taking any action with respect to the content of this information is strictly prohibited and may be unlawful; (b) kindly requested to inform the sender immediately and destroy any copies.
2. The company, shareholders, officers, employees, or representatives: (a) are neither liable for the proper and complete transmission of the information contained in this communication nor for any delay in its receipt; (b) take reasonable efforts to ensure this email is free from viruses, but takes no liability for any damage or harm sustained by anything within or attached to this email.
3. The company takes no responsibility or liability for the content of the email and notifies you that any and all views expressed within this email are that of the author, and not of company unless expressly stated as such by an authorised officer.